**FILED**

JAN 1 9 2010

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony J. Howard,       )
                         )
      Plaintiff,         )
                         )
      v.                 )      Civil Action No. **10 0090**
                         )
United States Police Department,  )
                         )
      Defendant.         )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of the District of Columbia, claims only that he "was arrested in 2009 [and] searched without permission." He seeks "a Hundred Ton dollar bill a day from the department of Bureau of Printing and Treasure." The named defendant, "United States Police Department," is not a known entity, but even if plaintiff had named a proper defendant, he has not stated sufficient facts to provide adequate notice of a claim or the basis for federal court jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: January 13, 2010